**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 15-7394**

———————————

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　v.

TRAVIS JENKINS, a/k/a TJ,

　　　　　　　Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.　James C. Fox, Senior District Judge.　(5:13-cr-00168-F-1)

———————————

Submitted:　December 17, 2015　　　Decided:　December 22, 2015

———————————

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Travis Jenkins, Appellant Pro Se.　Dennis Michael Duffy, Roberto Francisco Ramirez, Assistant United States Attorneys, Jennifer E. Wells, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Jenkins appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Jenkins, No. 5:13-cr-00168-F-1 (E.D.N.C. Aug. 27, 2015).  We deny Jenkins' motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2